FILED

10/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0084

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0084

_____

BILLY LEE HENDERSON, III,

      Petitioner and Appellant,

  v.                          O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

This cause, which was previously classified for submission on briefs to a five-justice panel, is hereby reclassified for submission to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 30 2024